## (November 27, 1968)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. THEODORE ARTHUR ECKHARD, Petitioner, v. ROSS E. HEROLD, as Director of Dannemora State Hospital, Respondent.— Application, pursuant to CPLR 7002 (subd. [b], par. 2) for a writ of habeas corpus denied, for failure of compliance with article 70 of the CPLR, and more particularly with the provisions of 7002 (subd. [c], par. 1, 3, 5) thereof, and as otherwise insufficient on its face. Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur.